# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | December 6, 2011 |
| **TIME:** | 2:00 p.m. |
| **DOCKET NUMBER:** | CV-11-143 (CBA) |
| **NAME OF CASE:** | Hunyadi -v- Separ, et al. |
| **FOR PLAINTIFF(S):** | LeBow |
| **FOR DEFENDANT(S):** | Ferrar |
| **NEXT CONFERENCE:** | APRIL 24, 2012 AT 10:00 A.M., IN-PERSON (see <u>RULINGS</u> below) |

**RULINGS FROM SETTLEMENT CONFERENCE:**

LeBow for plaintiff; Ferrar for defendant. The following orders were made regarding discovery:

(1) plaintiff may examine the previously redacted police officer photographs at Mr. Ferrar's office, or, if difficult, at Mr. LeBow's office;

(2) for the reasons stated on the record, defendants' application to obtain investigatory files regarding sealed arrests is denied; however, defendants' counsel may inquire about length of or officers involved in the arrests listed on the criminal history report or available under the 160.50 release;

(3) any subpoenas to the District Attorney's office may be so ordered such that there is an opportunity to move to quash;

(4) future contact with 1 Police Plaza shall be directed to Mr. Ferrar;

(5) by December 13th, defendants' counsel will send a letter to the Court and plaintiff's counsel regarding his efforts to obtain the SPRINT report;

(6) by December 20th, defendants' counsel will inform the Court of the status or possibility of settlement discussions;

(7) fact discovery will be completed by March 1, 2012. By January 5th, the parties will send the Court specific dates for each anticipated deposition;

(8) plaintiff's expert report is due March 15, 2012, and defendants' expert examinations and reports are due April 15th. **THE COURT WILL HOLD A STATUS CONFERENCE ON APRIL 24, 2012 AT 10:00 A.M.** Counsel shall be prepared to state their position on settlement, with principals with full settlement authority (up to the amount last demanded for defendants, down to the amount last offered for plaintiffs) present or available by telephone, to articulate the basis for any anticipated summary judgment motions, and to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment. **(FTR 2:50-3:11)**